COMMONWEALTH *vs.* PATRICK E. TENNEY.

Middlesex.    February 4, 1889. — February 6, 1889.

Present: MORTON, C. J., FIELD, W. ALLEN, C. ALLEN, & HOLMES, JJ.

*Intoxicating Liquors — Keeping and Exposure for Sale — Evidence.*

At the trial of a complaint for unlawfully exposing and keeping for sale intoxicating liquors, after evidence that the defendant owned a hotel and a barn connected with it, in which latter intoxicating liquors were found, evidence was offered that such liquors were also found in the hotel. *Held,* that the evidence was clearly competent.

COMPLAINT for unlawfully keeping and exposing for sale intoxicating liquors, with intent unlawfully to sell the same in this Commonwealth, at Woburn.

At the trial in the Superior Court, on appeal, before *Mason,* J., the government introduced evidence tending to show that certain premises situated at the junction of Main Street and Lake Avenue, in Woburn, comprising a building known as the Jefferson House, and a barn a short distance from such house, belonged to the defendant; that a large quantity of intoxicating

liquors was found in the barn, in which a bottling-room was located; that a tag with the name of the defendant thereon was attached to a barrel of whiskey which was among the liquors so found; and that the defendant was present in the barn when the intoxicating liquors were found there.

The government then offered evidence tending to prove that intoxicating liquors were also found in the Jefferson House, to which evidence the defendant objected, but the judge admitted it.

The jury returned a verdict of guilty; and the defendant alleged exceptions.

*M. T. Allen,* for the defendant.

*A. J. Waterman,* Attorney General, & *H. A. Wyman,* Second Assistant Attorney General, for the Commonwealth.

By THE COURT. Evidence that intoxicating liquor was found in the Jefferson House, as well as in the barn connected with it, both being owned by the defendant, was clearly competent upon the issue whether he kept and exposed liquors for sale as alleged in the complaint.    .    *Exceptions overruled.*